MJM:mes 21266 \pleading\21266petition.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BLANCA HERNANDEZ )
)
VS. ) C.A. No. 06 203S
)
STATE FARM INSURANCE COMPANY )

## PETITION FOR REMOVAL FROM STATE COURT

To the honorable judge of the United States District Court for the District of Rhode Island, the petitioner, State Farm Insurance Company, represents as follows:

1. Defendant's civil action now pending in the Superior Court for the County of Providence, State of Rhode Island, an action entitled "Blanca Hernandez v. State Farm Insurance Company," civil action number 06-1885.

2. Service of the initial pleading in said action upon this defendant was made within thirty (30) days preceding the day of filing this petition. Copies of the pleadings served upon the defendant are attached.

3. The above-captioned matter is one that may be removed to this court pursuant to 28 U.S.C. § 1441 for the reason that the matter is within the jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1332(a)(i); the plaintiff is a resident of the State of Rhode Island, the defendant is an Illinois corporation and the amount in controversy extends the sum or value of $75,000, exclusive of interest and costs; the plaintiff claims bad faith, breach of contractual obligations by the defendant resulting in damage to plaintiff. Your defendant has good faith belief that for purposes of §1332(a)(i) and §1441(c) that diversity of citizenship exists as there is no one but the insurer against whom liability may be imposed.

4. Your petitioner further states that the required filing fee has been paid contemporaneous with this petition and that copies of this petition are being filed with all parties have been served with process in this action as well as with the Clerk of the Providence County Superior Court.

WHEREFORE, petitioner prays that the above-captioned action now pending in the Superior Court for the County of Providence, State of Rhode Island, may be removed to this court.

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Melina J. Mannix, Esq. #7199
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/2/06 to:

Thomas Gulick, Esq.
Law Office of Edward A. Shapira
400 Reservoir Avenue
Providence, RI 02907

Maureen E. Sundel