JRO:mes 21266 Pleadings\21233ansstcomp.wpd
STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| BLANCA HERNANDEZ | ) | |
| | ) | |
| VS. | ) | C.A. NO. 06 - 1885 |
| | ) | |
| STATE FARM INSURANCE COMPANY | ) | |

**ANSWER OF STATE FARM INSURANCE COMPANY**

**FIRST DEFENSE**

**COUNT I**

1. Admitted.

2. The defendant admits to being a foreign corporation organized under the laws of the State of Illinois and denies the remainder of the allegations.

3. Admit that a policy of insurance was issued and deny the remaining allegations.

4. Defendant admits that the plaintiff has made a claim pursuant to a policy of insurance with State Farm Insurance Company. The defendant can neither admit nor deny at this time whether any policy under which the plaintiff makes claim was in full force and effect.

5. Admit that certain coverages were provided and deny the remaining allegations.

6. Defendant admits that premiums are charged for insurance it sells.

7. Defendant will provide a further answer to this allegation upon receipt of the file.

8. Admit that the plaintiff alleges a theft and/or vandalism claim under a policy issued by the defendant and for which a premium was charged and denies the remaining allegations.

9. Denied.

10. Admit that the plaintiff made a claim under an insurance policy and deny the remaining allegations.

11. Admitted.

12. Denied.

13. Denied.

14. Admitted.

WHEREFORE, the defendant demands judgment against the plaintiff together with costs.

**COUNT II**

15. The defendant repeats its prior responses.

16. Denied.

WHEREFORE, the defendant demands judgment against the plaintiff together with costs.

**SECOND DEFENSE**

The defendant asserts a lack of jurisdiction bars the plaintiff's claims from being litigated in the Providence Superior Court.

WHEREFORE, the defendant demands judgment against the plaintiff together with costs.

**THIRD DEFENSE**

The defendant asserts that the plaintiff has failed to comply with conditions precedent and subsequent to the contract of insurance, and has not proffered a legitimate claim under the contract of insurance.

WHEREFORE, the defendant demands judgement against the plaintiff together with interest and costs.

**FOURTH DEFENSE**

The defendant asserts the defenses available under its policy as they apply to the requirements of the plaintiff to comply with all conditions, provisions, representations and warranties.

WHEREFORE, the defendant demands judgment against the plaintiff together with interest and costs.

**FIFTH DEFENSE**

The defendant pleads the plaintiff's failure to co-operate as a defense to the claim.

WHEREFORE, the defendant demands judgment against the plaintiff together with interest and costs.

Defendant demands a trial by jury.

DEFENDANT,
By its Attorney,

[signature]

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4/26/06 to:

Thomas Gulick, Esq.
Law Office of Edward A. Shapira
400 Reservoir Avenue
Providence, RI 02907

Maureen E. Sandia