STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

BLANCA HERNANDEZ :
:
VS : C. A. No.:
:
STATE FARM INSURANCE COMPANY :

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Now comes the Plaintiff against the Defendants and states the following:

**COUNT I**

1. The Plaintiff, Blanca Hernandez, is a resident of the City of Pawtucket, County of Providence, State of Rhode Island.

2. The Defendant, State Farm Insurance Company, hereinafter referred to as State Farm, upon information and belief, is a foreign corporation, organized and existing under the laws of the State of Illinois but doing business and having minimum contacts within the State of Rhode Island.

3.) On or about December 19, 2004, the Plaintiff insured a motor vehicle through the State Farm Insurance Company.

4.) Said insurance policy was numbered MP4446488-1 and became effective on December 19, 2004.

5.) Said policy, in addition to liability, also provided other than collision coverage, with a $500.00 deductible.

6.) In exchange for the above coverage referenced in paragraph number five (5), the Defendant, State Farm, charged and demanded that a premium be paid for said coverage.

7.) The premium on said insurance policy were paid by Plaintiff in a timely manner by Blanca Hernandez.

8.) On June 17, 2005, at a time when the policy was in full force and effect, Plaintiff sustained loss and damage to her automobile by theft and/or vandalism, the same being the various coverages afforded by Defendant company under its policy and for which it had collected and retained the amount of the premium.

9.) In addition to the loss and damage caused by the theft and/or vandalism, Plaintiff was deprived of the use of said automobile.

LAW OFFICE OF
EDWARD A. SHAPIRA
THE CALART TOWER
400 RESERVOIR AVENUE
PROVIDENCE, RHODE ISLAND 02907
(401) 781-0733

10.) Thereafter, the Plaintiff made timely demand upon the Defendant, insured, State Farm, for payment of Plaintiff's damages as provided by the terms of said insurance policy number MP4446488-1.

11.) The Defendant, State Farm, refused and still refuses payment of the demanded sum to the Plaintiff.

12.) The Defendant, State Farm, owes the Plaintiff monies in accordance with the terms of the policy in question.

13.) At all times material hereto and mentioned herein the Plaintiff was and still is in compliance with all terms of said policy.

14.) The monetary amount claimed by the Plaintiff is sufficient to establish the jurisdiction of the Superior Court.

**WHEREFORE**, the Plaintiff demands judgment and an award of money damages against the Defendants in excess of $10,000.00, plus interest and costs of suit.

**COUNT II**

15.) Paragraphs one (1) through fourteen (14) of Count I are hereby incorporated as if set forth fully at length herein.

16.) The refusal on the part of the Defendant Company to Plaintiff's loss as herein-above set forth was and is in bad-faith, and Plaintiff is entitled to recover of Defendant, in addition to the loss, sufficient punitive damages. In addition thereto, all reasonable attorney fees for the prosecution of this case against the Defendant.

**WHEREFORE**, the Plaintiff demands judgment and an award of money damages against the Defendants in excess of $10,000.00, plus interest, costs of suit, and a reasonable attorney's fees.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Plaintiff,
Blanca Hernandez,
By Her Attorney,

Thomas G. Gulick, Esq. #5856
LAW OFFICE OF EDWARD A. SHAPIRA
400 Reservoir Avenue, Ste LL E-F
Providence, RI 02907
(401) 781-0755

Dated: April 3, 2006

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Prov, SC

## PROOF OF SERVICE

I hereby certify that on the 6th day of April 2006 I served a copy of this summons and a copy of the complaint received therewith upon State Farm Mutual Automobile Ins. Co.

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ........................ (address), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of abode, ........................, with a person of suitable age and discretion then residing therin.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely C/O FM Commissioner 233 Rich.
Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

........................................................................

........................................................................

........................................................................

Sheriff's Fees

Travel . . . . . $ 35.00

Service. . . . . $ 25.00

$ ....................

~~Deputy Sheriff~~ Constable

CIVIL ACTION

FILE NO. ....................

SUMMONS

SUPERIOR COURT

BLANCA HERNANDEZ

vs

STATE FARM INSURANCE COMPANY

THOMAS G. GULICK, ESQ. #5856
LAW OFFICE OF EDWARD A. SHAPIRA
ATTORNEY FOR PLAINTIFF

Note: Returnable to Plaintiff's Attorney forthwith after service. Proof of Service to be filed within time during which the person served must respond.