STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1885 BLANCA HERNANDEZ V STATE FARM INSURANCE COMPANY

Filing Date: 04-05-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 05-02-2006

Plaintiff: BLANCA HERNANDEZ
ID: @10831725

Attorney: THOMAS GULICK

Defendant: STATE FARM INSURANCE COMPANY
ID: @10831726

Attorney: J. OLENN

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-05-2006 | COMPLAINT FILED | |
| 04-05-2006 | INITIAL FILING FEE | |
| 04-05-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP224107. |
| 04-10-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF. |
| 04-27-2006 | ANSWER FILED | Affiliated: STATE FARM INSURANCE COMPANY |
| 05-02-2006 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT |
| 05-02-2006 | CASE REMVD TO US DISTRICT CT | |
| 05-02-2006 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL TO US DISTRICT COURT |

A True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island