**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BLANCA HERNANDEZ** | : | |
| | : | |
| **VS** | : | **C. A. No.: 06-203 S** |
| | : | |
| **STATE FARM INSURANCE COMPANY** | : | |

**RESPONDENT'S OBJECTION TO PETITIONERS PETITION FOR REMOVAL FROM STATE COURT**

Now comes the respondent, Blanca Hernandez, by and through counsel, and hereby Objects to the Petition for Removal From State Court filed by the Petitioner, State Farm Insurance Company. This objection is based on the following:

1. Plaintiff, Blanca Hernandez, has filed a civil action in the Providence County Superior Court, in the County of Providence, State of Rhode Island, entitled Blanca Hernandez vs State Farm Insurance Company, C.A. Number: 06-1885.

2. The Petitioner, State Farm Insurance Company, has filed a Petition in the United States District Court for the District of Rhode Island, a Petition for Removal from State Court. In it's petition the Petitioner claims that the matter presently pending in the State Court should be removed to Federal Court based upon jurisdictional issues and that the amount in controversy exceeds the value of $75,000.00.

3. The Respondent, Blanca Hernandez, states that the matter complained of in her Complaint is not one that may be removed to the Federal Court pursuant to 28 U.S.C. 1441 and that the matter is not within the jurisdiction of the United States District Court pursuant to 28 U.S. C. 1332(a)(i).

The plaintiff is a resident of the State of Rhode Island and the Defendant is an alleged Illinois Corporation with offices located throughout the State of Rhode Island, and the amount in controversy does not exceed the sum or value of $75,000.00 exclusive of interest and costs.

**WHEREFORE**, Respondent prays that the action now pending in the Providence County Superior Court, State of Rhode Island, be denied removal to the United States District Court for the District of Rhode Island.

Plaintiff,
By Her Attorney,

Thomas G. Gulick, Esq. #5856
Law Offices of Edward A. Shapira
400 Reservoir Avenue
Providence, RI 02907
(401) 781-0755

Dated: May 8, 2006

**CERTIFICATION**

I hereby certify that on this 8th day of May, 2006, I mailed, postage pre-paid, a true and correct copy of the within to:

J. Renn Olenn, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886