MJM:mes 21266 \pleading\21266mextend.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BLANCA HERNANDEZ | ) | |
| | ) | |
| VS. | ) | C.A. NO. 06-203S |
| | ) | |
| STATE FARM INSURANCE COMPANY | ) | |

**PETITIONER/DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Now comes the petitioner/defendant, State Farm Insurance Company ("State Farm") and moves this Court for an extension of time within which to respond to plaintiff Blanca Hernandez' objection to State Farm's petition for removal from state court. State Farm seeks to extend the period of respond from May 22, 2006, to May 30, 2006.

As grounds for this motion, State Farm represents that its counsel has been actively engaged in trial before Judge Lagueux since May 16, 2006, and that this motion has been assented to by opposing counsel, Mr. Thomas Gulick.

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Melina J. Mannix, Esq. #7199
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/22/06 to:

Thomas Gulick, Esq.
Law Office of Edward A. Shapira
400 Reservoir Avenue
Providence, RI 02907

Maureen E. Sundin