212466

RECEIVED
JUN 05 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BLANCA HERNANDEZ** :
:
**VS** : **C. A. No.: 06-203 S**
:
**STATE FARM INSURANCE COMPANY** :

**STIPULATION**

It is hereby agreed to between the parties:

1. ) That the Plaintiff is not claiming damages in excess of $75,000.00.

Attorney for the Plaintiff
Thomas G. Gulick, Esq. #5856
Law Offices of Edward A. Shapira
400 Reservoir Avenue
Providence, RI 02907
(401) 781-0755

Attorney for the Defendants
J. Renn Olenn, Esq. #______
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700

Dated: 6/1/06

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/5/06