RECEIVED
JUN [illegible]
Clerk, U.S. District Court
District of Rhode Island

MJM:ljc 21266 \pleading\21266WithdrawalStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BLANCA HERNANDEZ | : | |
| | : | |
| VS. | : | C.A. NO. 06-203S |
| | : | |
| STATE FARM INSURANCE COMPANY | : | |

**WITHDRAWAL STIPULATION**

The defendant, State Farm Insurance Company, withdraws its petition for removal.

J. Renn Olenn, Esq. #0623
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700

Thomas Gulick, Esq. # 5776
**Attorney for Plaintiff**
LAW OFFICE OF EDWARD A. SHAPIRA
400 Reservoir Avenue
Providence, RI 02907
PHONE: (401) 781-0755

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/5/06